ACCEPTED
03-15-00638-CV
7982309
THIRD COURT OF APPEALS
AUSTIN, TEXAS
11/24/2015 5:46:04 PM
JEFFREY D. KYLE
CLERK

No. 03-15-00638-CV

FILED IN
3rd COURT OF APPEALS
AUSTIN, TEXAS
11/24/2015 5:46:04 PM
JEFFREY D. KYLE
Clerk

**IN THE COURT OF APPEAL**
**FOR THE THIRD DISTRICT OF TEXAS**
**AUSTIN, TEXAS**

_____

**Diane Crumley Dee, Dina Crumley White as Dependent Administrator Of Estate of Marie Barnes Crumley and Bridget D. Elliott As Trustee of BC Trust**

Appellants,

**v.**

**Crosswater Yacht Club, L.P., Crosswater Yacht Club Management, L.L.C., And Harbor Ventures, Inc.**
**Appellees.**

_____

**On Appeal from the 98th District Court**
**Travis County, Texas**
**Trial Court Cause No. D-1-GN-14-004489**

**UNOPPOSED MOTION FOR PARTIAL DISMISSAL OF APPEAL BY DIANE CRUMLEY DEE AND DINA CRUMLEY WHITE AS DEPENDENT ADMINISTRATOR OF THE ESTATE OF MARIE BARNES CRUMLEY**

Donald E. Little
TX Bar No. 24076191
506 Rolling Green Drive
Lakeway, Texas 78734
Attorney for Appellants

**UNOPPOSED MOTION FOR PARTIAL DISMISSAL OF APPEAL**

Appellants Diane Crumley Dee ("Dee") and Dina Crumley White as Dependent Administrator of Estate of Marie Barnes Crumley ("White") file this voluntary motion for partial dismissal of appeal pursuant to Rule 42.1 of the Texas Rules of Appellate Procedure. This motion does not affect Appellant Bridget D. Elliott as Trustee of BC Trust's ("Elliot") appeal.

Dee and White request that this Court dismiss their respective appeals. Elliot is the proper representative of the BC Trust. *See* Exhibit "A." This motion will not prevent Elliot from seeking relief from this Court.

This motion will not prejudice the remaining parties. Dee and White's claims are identical to Elliot's. Appellees do not oppose this motion. Appellees' attorney Daniel C. Bitting has stated "I do not oppose a motion by Dee and White to dismiss their appeal of the judgment based on the jury trial."

Dee and White request that this Court dismiss their appeals, leaving Elliot as the only remaining appellant.

Dated: November 24, 2015          Respectfully submitted,

"/S / Donald E. Little
Donald E. Little (TX 24076191)
Attorney for Contestant
506 Rolling Green Drive
Austin, Texas 78734
Telephone – (435) 901-0333
donaldlittle1@msn.com

## CERTIFICATE OF CONFERENCE

On Wednesday, October 27, 2015, Appellants' attorney conferred with Appellee's attorney Daniel Bitting regarding the above motion.  Mr. Bitting stated that he did not oppose the motion.

"*/S/*" Donald E. Little

## CERTIFICATE OF SERVICE

This is to certify that on November 24, 2015, a true and correct copy of the above pleading was served upon counsel below  [  ] First Class mail, USPS postage prepaid, [ x  ] e-mailed, [   ] faxed, [   ] hand-delivered a true and correct copy of the foregoing  to:

"*/S/*" Donald E. Little

No. 03-15-00638-CV

_____

IN THE COURT OF APPEAL
FOR THE THIRD DISTRICT OF TEXAS
AUSTIN, TEXAS
_____

Diane Crumley Dee, Dina Crumley White as Dependent Administrator Of
Estate of Marie Barnes Crumley and Bridget D. Elliott As Trustee of BC
Trust

Appellants,

v.

Crosswater Yacht Club, L.P., Crosswater Yacht Club Management, L.L.C.,
And Harbor Ventures, Inc.

Appellees.

_____

On Appeal from the 98th District Court
Travis County, Texas
Trial Court Cause No. D-1-GN-14-004489

_____

**ORDER**

The appeals brought by Appellants Diane Crumley Dee and Dina Crumley

White as Dependent Administrator of Estate of Marie Barnes Crumley are hereby

dismissed. This order does not affect the appeal brought by Bridget D. Elliott as

Trustee of BC Trust.

November __, 2015

_____

C-1-PB-14-000047

| | | |
|---|---|---|
| Crosswater Yacht Club L.P. and Hurst Joint Venture, L.P., **Plaintiffs** | § § § § § § § | IN THE PROBATE COURT |
| v. | § | NO. 1 |
| Dina Crumley White, Dependent Administrator of the Estate of Marie Barnes Crumley, a/k/a Florence Crumley, and Bridget D. Elliott, Trustee of the BC Trust, **Defendants** | § § § § § § § | OF TRAVIS COUNTY, TEXAS |

## ORDER GRANTING MOTION FOR SUMMARY JUDGMENT

On June 23, 2014 and June 2, 2015 the Court considered the *Motion for Summary Judgment* filed by Bridget Elliott, Trustee of the BC Trust and the *Motion for Entry of Order on Motions for Summary Judgment or in the Alternative to Clarify the Court's Ruling on Those Motions*. After considering the motions, all responsive pleadings, and the arguments of counsel, this Court finds that the *Motion for Summary Judgment* filed by Bridget Elliott, Trustee of the BC Trust and the *Motion for Entry of Order on Motions for Summary Judgment or in the Alternative to Clarify the Court's Ruling on Those Motions* should be granted.

It is, therefore, ORDERED, ADJUDGED, and DECREED that:

1. The BC Trust is a valid trust.

2. The deed dated May 1, 2008 by Florence Marie Crumley to the BC Trust, and recorded on February 21, 2014, is a valid conveyance of the subject property.

3. That conveyance is effective between Marie Barnes Crumley a/k/a Florence Crumley, as grantor, and the BC Trust, as grantee, as of May 1, 2008.

SIGNED this 9th day of June, 2015.

_____
Judge Presiding

000432129